■ MOHANI JAIKARAN, Appellant, v ABRAHAM MARIN, Also Known as JACK MARIN, Also Known as ANDREW MARIN, Respondent. [800 NYS2d 848]—In an action for a divorce and ancillary relief, the plaintiff appeals from (1) a decision of the Supreme Court, Kings County (Amrosio, J.), dated September 24, 2003, made after a nonjury trial, and (2) a judgment of the same court dated November 13, 2003, which, upon the decision, dismissed the complaint.

Ordered that the appeal from the decision is dismissed, as no appeal lies from a decision (*see Schicchi v Green Constr. Corp.*, 100 AD2d 509 [1984]); and it is further,

Ordered that the judgment is affirmed; and it is further,

Ordered that one bill of costs is awarded to the defendant.

A determination rendered by a court after a nonjury trial should not be disturbed on appeal "unless it is clear that its conclusions could not have been reached under any fair interpretation of the evidence" (*Ardmar Realty Co. v Building Inspector of Vil. of Tuckahoe*, 5 AD3d 517, 518 [2004]). The trial court's determination was supported by a fair interpretation of the evidence.

The plaintiff's remaining contentions are without merit. Schmidt, J.P., S. Miller, Santucci and Skelos, JJ., concur.